United States Bankruptcy Court
Southern District of Mississippi

In re:  
Christopher Patrick Rush  
    Debtor

Case No. 25-00632-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Patrick Rush, 497 Old Dekalb Scooba Rd, De Kalb, MS 39328-5668 |
| 5483382 | + | Ashley Edwards, 1882 Neely Town Rd, De Kalb, MS 39328-8120 |
| 5483386 | + | LaKeisha Clark, 1515 Warren Town Rd, De Kalb, MS 39328-6288 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5483383 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 14 2025 19:25:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5483384 | ^ | MEBN | May 14 2025 19:23:11 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5483385 | + | Email/PDF: creditonebknotifications@resurgent.com | May 14 2025 19:29:51 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5489803 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2025 19:29:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5483389 | + | Email/Text: constance.morrow@mdhs.ms.gov | May 14 2025 19:25:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5483387 | + | Email/Text: bankruptcy@marinerfinance.com | May 14 2025 19:25:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5507678 | + | Email/Text: bankruptcy@marinerfinance.com | May 14 2025 19:25:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5483388 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2025 19:29:51 | Merrick Bank, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 5483390 | | Email/Text: bankruptcy@republicfinance.com | May 14 2025 19:26:00 | Republic Finance, Attn: Bankrupcty, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| 5485706 | | Email/Text: bankruptcy@republicfinance.com | May 14 2025 19:26:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula La 70454 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 13 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Christopher Patrick Rush trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00632−JAW
**Chapter:** 13

**In re:**

Christopher Patrick Rush
497 Old Dekalb Scooba Rd
De Kalb, MS 39328

### Notice of Entry of Order Confirming Plan

The Court entered an Order on May 14, 2025 (Dkt. # 16 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: May 14, 2025                              Danny L. Miller, Clerk of Court